UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x   15 CV 1181 (SLT)(RER)

YITCHAK ROSENBERG, on behalf of himself
and all other similarly situated consumers,

                Plaintiff

       -against-

FORSTER & GARBUS, LLP,

               Defendant

-------------------------------------------------------------------x

## STIPULATION OF VOLUNTARY DISMISSAL

TO THE CLERK OF THE COURT:

   IT IS HEREBY STIPULATED PURSUANT to Rule 41(a)(1)(ii) of the Federal Rules of Civil

Procedure, that no party named herein is an infant or an incompetent person, notice is hereby

given that the above-entitled action shall be, and hereby is, voluntarily dismissed by the Plaintiff,

YITZCHAK ROSENBERG, with prejudice as to said Plaintiff, without prejudice as to the

putative class defined in the Complaint and without attorneys fees and/or costs as to any party

named herein.

DATED: New York, New York
          November 5, 2015

                                */s/  Robert L. Arleo*
                                ROBERT L. ARLEO, ESQ.
                                (RA 7506)
                                Attorney for the Defendant
                                380 Lexington Avenue, 17th Fl.
                                New York, New York 10168
                                (212) 551-1115
                                robertarleo@gmail.com

DATED: Cedarhurst, New York
          November 5, 2015

                                                    */s/  Adam J. Fishbein*
                                                    ADAM J. FISHBEIN, P.C.
                                                    Attorney for the Plaintiff
                                                    483 Chestnut Street
                                                    Cedarhurst, New York  11516
                                                    (516) 791-4400
                                                    fishbeinadamj@gmail.com


SO ORDERED


_____
SANDRA L. TOWNES
District Judge
U.S.D.C. E.D.N.Y.